IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 1-05-1085-T/An |
| | ) | |
| N.L. MONTGOMERY AND SON SAWMILL, INC., MIKE RILEY, JR., MIKE RILEY, SR., OLD SOUTH FREIGHT SERVICE, INC., AND RUBY BROWN, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ~~PROPOSED~~ ORDER GRANTING MOTION TO INTERVENE AS DEFENDANT

Pursuant to the Motion to Intervene as Defendant filed by Clinton H. Scott, as counsel for American Ambassador Casualty Company, this Court finds that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that the Motion to Intervene as Defendant filed by American Ambassador Casualty Company is granted and that they shall be added as a Defendant in this matter.

IT IS SO ORDERED this the 20th day of June, 2005.

_____
U.S. DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:05-CV-01085 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Robert Redding
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Honorable James Todd
US DISTRICT COURT