# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

FILED BY
05 AUG 23 PM 1:25
THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | |
|---|---|
| CANAL INSURANCE COMPANY | **DEFAULT JUDGMENT** |
| v. | |
| N.L. MONTGOMERY AND SON SAWMILL, INC., et al. | CASE NUMBER:   05-1085 |

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 08/22/05, default judgment is hereby GRANTED as to defendants Mike Riley, Jr. and Mike Riley, Sr.

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

8/23/05                       BY:   C. Herd
DATE                                  DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8/24/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 1:05-CV-01085 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Robert Redding
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Gerald A. Coleman
DURRETT AND COLEMAN
P.O. Box 1667
West Memphis, AR 72303

Corey B. Trotz
NAHON SAHAROVICH & TROTZ, PLC
488 S. Mendenhall
Memphis, TN 38117

Honorable James Todd
US DISTRICT COURT